# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00520-CV

**In re Daniel J. Barrera**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Filed:   September 5, 2014